MCGUIRE WOODS LLP
SUSAN L. GERMAISE #176595
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
sgermaise@mcguirewoods.com

Attorneys for Defendant
NATIONAL CREDIT AUDIT CORPORATION

Anthony D. Spencer
Reg. No. 02636-081
FCI-Victorville I
P.O. Box 5300
Adelanto, CA  92301

*In Pro Per*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ANTHONY D. SPENCER,<br><br>    Plaintiff,<br><br>    vs.<br><br>NATIONAL CREDIT AUDIT CORPORATION,<br><br>    Defendant. | Case No. EDCV 09-01010 VAP (FMOx)<br><br>**ORDER RE STIPULATION AND JOINT MOTION FOR DISMISSAL** |

Having read and considered the Stipulation and Joint Motion for Dismissal of Plaintiff's Complaint with prejudice,

**IT IS ORDERED** that Plaintiff's Complaint be dismissed with prejudice and that the parties shall bear their own fees and costs.

Dated:  August 3, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge